UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| ALBERTO BECERRA-CASTREJON, | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | 08 CR 884-1 |
| | ) | |
| UNITED STATES OF AMERICA. | ) | |

### Ruling on Defendant Alberto Becerra-Castrejon's Motion For Reduction of Sentence

Defendant Alberto Becerra-Castrejon has filed a motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c), based on a recent amendment to the Sentencing Guidelines which lowered the base offense levels applicable to narcotics offenses. Because Defendant Alberto Becerra-Castrejon was sentenced to a statutory mandatory minimum penalty, he is not eligible for a sentence reduction. Accordingly, Defendant Alberto Becerra-Castrejon's motion for reduction of sentence is denied.

_____

Charles P. Kocoras
United States District Judge

Dated: 3/30/2015